## DECLARATION OF CHRIS SPENCER

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1. My name is Chris Spencer, I am over 21 years old, and I have personal knowledge of the matters set forth herein. I am the Executive Director of the State Board of Administration of Florida (SBA).

2. Attached hereto as Attachment 1 is a true and correct copy of SBA's calculations of its number of shares purchased, net shares purchased, net funds invested, and estimated losses across different class periods from its investment in Target common stock.

3. Attached hereto as Attachment 2 is a true and correct copy of SBA's transaction history in Target common stock in each of those class periods.

I declare under penalty of perjury that the foregoing is true and correct. Executed this April 1, 2025.

Chris Spencer

# Attachment 1

| Class Period | Number of Target Corp. Common Stock Shares Purchased | Net Shares Purchased | Net Funds Invested | Estimated Losses (LIFO Accounting Method) |
|---|---|---|---|---|
| Aug. 26, 2022 - Nov. 19, 2024 (*Riviera Beach* complaint's class period) | 65,179 | 38,855 | $ 9,051,728.47 | $ 81,607.12 |
| Mar. 9, 2022 - Aug. 16, 2023 (*SBA's* compaint's class period) | 23,491 | 732 | $ 3,650,495.18 | $ 291,235.66 |
| Mar. 9, 2022 - Nov. 19, 2024 (combining both periods) | 87,603 | 39,330 | $ 12,540,036.46 | $ 348,359.83 |

# Attachment 2

**Class Period: 08/26/22- 11/19/2024**

| Date of Transaction | Purchase or Sale | Number of Shares | Base Price | NET Amount |
|---|---|---:|---:|---:|
| 9/19/2022 | Purchase | 243.000 | 163.546 | 39,741.77 |
| 9/20/2022 | Purchase | 57.000 | 160.485 | 9,147.62 |
| 10/28/2022 | Purchase | 40.000 | 165.928 | 6,637.12 |
| 11/1/2022 | Purchase | 50.000 | 163.530 | 8,176.50 |
| 11/3/2022 | Purchase | 300.000 | 159.889 | 47,966.67 |
| 5/22/2023 | Purchase | 20.000 | 151.290 | 3,025.80 |
| 6/23/2023 | Purchase | 90.000 | 131.825 | 11,864.22 |
| 6/28/2023 | Purchase | 100.000 | 133.236 | 13,323.60 |
| 7/12/2023 | Purchase | 17.000 | 133.842 | 2,275.32 |
| 7/13/2023 | Purchase | 150.000 | 133.524 | 20,028.570 |
| 8/17/2023 | Purchase | 200.000 | 131.745 | 26,349.000 |
| 8/31/2023 | Purchase | 1,530.000 | 126.923 | 194,192.810 |
| 8/31/2023 | Purchase | 900.000 | 126.867 | 114,180.660 |
| 9/1/2023 | Purchase | 922.000 | 125.369 | 115,590.410 |
| 9/5/2023 | Purchase | 150.000 | 126.752 | 19,012.760 |
| 9/5/2023 | Purchase | 248.000 | 125.742 | 31,184.070 |
| 9/15/2023 | Purchase | 190.000 | 123.065 | 23,382.350 |
| 9/18/2023 | Purchase | 180.000 | 119.577 | 21,523.900 |
| 9/19/2023 | Purchase | 20.000 | 119.260 | 2,385.190 |
| 10/9/2023 | Purchase | 10.000 | 105.148 | 1,051.480 |
| 10/16/2023 | Purchase | 30.000 | 111.893 | 3,356.800 |
| 10/16/2023 | Purchase | 700.000 | 111.893 | 78,325.170 |
| 11/16/2023 | Purchase | 25,079.000 | 129.947 | 3,258,953.350 |
| 12/8/2023 | Purchase | 30.000 | 135.680 | 4,070.400 |
| 12/18/2023 | Purchase | 1,650.000 | 137.805 | 227,377.920 |
| 5/13/2024 | Purchase | 20.000 | 162.870 | 3,257.400 |
| 6/21/2024 | Purchase | 8,200.000 | 146.140 | 1,198,348.000 |
| 8/7/2024 | Purchase | 101.000 | 135.400 | 13,675.400 |
| 8/29/2024 | Purchase | 86.000 | 153.813 | 13,227.920 |
| 10/7/2024 | Purchase | 23,866.000 | 148.332 | 3,540,096.290 |
| 11/16/2022 | Sale | 40.000 | 155.451 | 6,218.06 |
| 11/16/2022 | Sale | 50.000 | 155.451 | 7,772.57 |
| 12/16/2022 | Sale | 243.000 | 146.4446 | 35,586.05 |
| 12/16/2022 | Sale | 57.000 | 146.445 | 8,347.34 |
| 12/16/2022 | Sale | 300.000 | 146.445 | 43,933.39 |
| 6/14/2023 | Sale | 20.000 | 132.904 | 2,658.08 |
| 7/17/2023 | Sale | 100.000 | 129.946959 | 12,994.70 |
| 9/6/2023 | Sale | 1,530.000 | 124.06221 | 189,815.17 |
| 9/6/2023 | Sale | 900.000 | 124.06221 | 111,655.99 |
| 9/6/2023 | Sale | 922.000 | 124.06221 | 114,385.35 |
| 9/6/2023 | Sale | 248.000 | 124.06221 | 30,767.43 |
| 9/25/2023 | Sale | 17.000 | 112.24908 | 1,908.23 |
| 9/25/2023 | Sale | 180.000 | 112.24908 | 20,204.83 |
| 9/25/2023 | Sale | 20.000 | 112.24908 | 2,244.98 |
| 10/23/2023 | Sale | 300.000 | 107.41413 | 32,224.24 |
| 1/16/2024 | Sale | 1,020.000 | 141.06137 | 143,882.60 |
| 1/18/2024 | Sale | 90.000 | 137.38890 | 12,365.00 |
| 1/18/2024 | Sale | 150.000 | 137.38890 | 20,608.34 |
| 1/18/2024 | Sale | 200.000 | 137.38890 | 27,477.78 |

| Date | Type | Shares | Price | Amount |
|---|---|---:|---:|---:|
| 1/18/2024 | Sale | 150.000 | 137.38890 | 20,608.34 |
| 1/18/2024 | Sale | 190.000 | 137.38890 | 26,103.89 |
| 6/10/2024 | Sale | 630.000 | 148.51087 | 93,561.85 |
| 6/28/2024 | Sale | 18,517.000 | 148.02588 | 2,740,995.30 |
| 6/28/2024 | Sale | 400.000 | 148.02588 | 59,210.35 |
| 6/28/2024 | Sale | 30.000 | 148.02588 | 4,440.78 |
| 11/19/2024 | Sale | 20.000 | 155.98050 | 3,119.61 |

Shares retained at end of class period: 469,388.00

| Date of Transaction | Class Period: 03/09/2022- 08/16/2023 Purchase or Sale | Number of Shares | Base Price | NET Amount |
|---|---|---|---|---|
| 4/28/2022 | Purchase | 349.000 | 235.036 | 82,027.42 |
| 5/19/2022 | Purchase | 18,700.000 | 154.019 | 2,880,151.56 |
| 6/21/2022 | Purchase | 100.000 | 144.440 | 14,444.00 |
| 7/20/2022 | Purchase | 2,327.000 | 155.758 | 362,449.33 |
| 7/21/2022 | Purchase | 948.000 | 157.422 | 149,235.68 |
| 9/19/2022 | Purchase | 243.000 | 163.546 | 39,741.77 |
| 9/20/2022 | Purchase | 57.000 | 160.485 | 9,147.62 |
| 10/28/2022 | Purchase | 40.000 | 165.928 | 6,637.12 |
| 11/1/2022 | Purchase | 50.000 | 163.530 | 8,176.50 |
| 11/3/2022 | Purchase | 300.000 | 159.889 | 47,966.67 |
| 5/22/2023 | Purchase | 20.000 | 151.290 | 3,025.80 |
| 6/23/2023 | Purchase | 90.000 | 131.825 | 11,864.22 |
| 6/28/2023 | Purchase | 100.000 | 133.236 | 13,323.60 |
| 7/12/2023 | Purchase | 17.000 | 133.842 | 2,275.32 |
| 7/13/2023 | Purchase | 150.000 | 133.524 | 20,028.570 |
| 6/16/2022 | Sale | 349.000 | 143.009 | 49,910.22 |
| 7/14/2022 | Sale | 18,700.000 | 145.605 | 2,722,818.45 |
| 8/24/2022 | Sale | 100.000 | 163.111 | 16,311.13 |
| 11/16/2022 | Sale | 40.000 | 155.451 | 6,218.06 |
| 11/16/2022 | Sale | 50.000 | 155.451 | 7,772.57 |
| 12/16/2022 | Sale | 243.000 | 146.4446 | 35,586.05 |
| 12/16/2022 | Sale | 57.000 | 146.445 | 8,347.34 |
| 12/16/2022 | Sale | 300.000 | 146.445 | 43,933.39 |
| 6/14/2023 | Sale | 20.000 | 132.904 | 2,658.08 |
| 7/17/2023 | Sale | 1,450.000 | 129.946959 | 188,423.09 |
| 7/18/2023 | Sale | 102.000 | 130.524 | 13,313.44 |
| 7/19/2023 | Sale | 728.000 | 131.849 | 95,986.25 |
| 7/20/2023 | Sale | 261.000 | 134.770 | 35,174.99 |
| 7/21/2023 | Sale | 359.000 | 134.88351 | 48,423.18 |

Shares retained at end of class period   466,607.00

| Date of Transaction | Purchase or Sale | Number of Shares | Base Price | NET Amount |
|---|---|---|---|---|
| Class Period: 03/09/2022- 11/19/2024 |
| 4/28/2022 | Purchase | 349.000 | 235.036 | 82,027.42 |
| 5/19/2022 | Purchase | 18,700.000 | 154.019 | 2,880,151.56 |
| 6/21/2022 | Purchase | 100.000 | 144.440 | 14,444.00 |
| 7/20/2022 | Purchase | 2,327.000 | 155.758 | 362,449.33 |
| 7/21/2022 | Purchase | 948.000 | 157.422 | 149,235.68 |
| 9/19/2022 | Purchase | 243.000 | 163.546 | 39,741.77 |
| 9/20/2022 | Purchase | 57.000 | 160.485 | 9,147.62 |
| 10/28/2022 | Purchase | 40.000 | 165.928 | 6,637.12 |
| 11/1/2022 | Purchase | 50.000 | 163.530 | 8,176.50 |
| 11/3/2022 | Purchase | 300.000 | 159.889 | 47,966.67 |
| 5/22/2023 | Purchase | 20.000 | 151.290 | 3,025.80 |
| 6/23/2023 | Purchase | 90.000 | 131.825 | 11,864.22 |
| 6/28/2023 | Purchase | 100.000 | 133.236 | 13,323.60 |
| 7/12/2023 | Purchase | 17.000 | 133.842 | 2,275.32 |
| 7/13/2023 | Purchase | 150.000 | 133.524 | 20,028.570 |
| 8/17/2023 | Purchase | 200.000 | 131.745 | 26,349.000 |
| 8/31/2023 | Purchase | 1,530.000 | 126.923 | 194,192.810 |
| 8/31/2023 | Purchase | 900.000 | 126.867 | 114,180.660 |
| 9/1/2023 | Purchase | 922.000 | 125.369 | 115,590.410 |
| 9/5/2023 | Purchase | 150.000 | 126.752 | 19,012.760 |
| 9/5/2023 | Purchase | 248.000 | 125.742 | 31,184.070 |
| 9/15/2023 | Purchase | 190.000 | 123.065 | 23,382.350 |
| 9/18/2023 | Purchase | 180.000 | 119.577 | 21,523.900 |
| 9/19/2023 | Purchase | 20.000 | 119.260 | 2,385.190 |
| 10/9/2023 | Purchase | 10.000 | 105.148 | 1,051.480 |
| 10/16/2023 | Purchase | 30.000 | 111.893 | 3,356.800 |
| 10/16/2023 | Purchase | 700.000 | 111.893 | 78,325.170 |
| 11/16/2023 | Purchase | 25,079.000 | 129.947 | 3,258,953.350 |
| 12/8/2023 | Purchase | 30.000 | 135.680 | 4,070.400 |
| 12/18/2023 | Purchase | 1,650.000 | 137.805 | 227,377.920 |
| 5/13/2024 | Purchase | 20.000 | 162.870 | 3,257.400 |
| 6/21/2024 | Purchase | 8,200.000 | 146.140 | 1,198,348.000 |
| 8/7/2024 | Purchase | 101.000 | 135.400 | 13,675.400 |
| 8/29/2024 | Purchase | 86.000 | 153.813 | 13,227.920 |
| 10/7/2024 | Purchase | 23,866.000 | 148.332 | 3,540,096.290 |
| 6/16/2022 | Sale | 349.000 | 143.009 | 49,910.22 |
| 7/14/2022 | Sale | 18,700.000 | 145.605 | 2,722,818.45 |
| 8/24/2022 | Sale | 100.000 | 163.111 | 16,311.13 |
| 11/16/2022 | Sale | 40.000 | 155.451 | 6,218.06 |
| 11/16/2022 | Sale | 50.000 | 155.451 | 7,772.57 |
| 12/16/2022 | Sale | 243.000 | 146.4446 | 35,586.05 |
| 12/16/2022 | Sale | 57.000 | 146.445 | 8,347.34 |
| 12/16/2022 | Sale | 300.000 | 146.445 | 43,933.39 |
| 6/14/2023 | Sale | 20.000 | 132.904 | 2,658.08 |
| 7/17/2023 | Sale | 1,450.000 | 129.946959 | 188,423.09 |
| 7/18/2023 | Sale | 102.000 | 130.524 | 13,313.44 |
| 7/19/2023 | Sale | 728.000 | 131.849 | 95,986.25 |
| 7/20/2023 | Sale | 261.000 | 134.770 | 35,174.99 |
| 7/21/2023 | Sale | 359.000 | 134.88351 | 48,423.18 |
| 9/6/2023 | Sale | 1,530.000 | 124.06221 | 189,815.17 |

| Date | Type | Shares | Price | Amount |
|---|---|---|---|---|
| 9/6/2023 | Sale | 900.000 | 124.06221 | 111,655.99 |
| 9/6/2023 | Sale | 922.000 | 124.06221 | 114,385.35 |
| 9/6/2023 | Sale | 248.000 | 124.06221 | 30,767.43 |
| 9/25/2023 | Sale | 17.000 | 112.24908 | 1,908.23 |
| 9/25/2023 | Sale | 180.000 | 112.24908 | 20,204.83 |
| 9/25/2023 | Sale | 20.000 | 112.24908 | 2,244.98 |
| 10/23/2023 | Sale | 300.000 | 107.41413 | 32,224.24 |
| 1/16/2024 | Sale | 1,020.000 | 141.06137 | 143,882.60 |
| 1/18/2024 | Sale | 90.000 | 137.38890 | 12,365.00 |
| 1/18/2024 | Sale | 150.000 | 137.38890 | 20,608.34 |
| 1/18/2024 | Sale | 200.000 | 137.38890 | 27,477.78 |
| 1/18/2024 | Sale | 150.000 | 137.38890 | 20,608.34 |
| 1/18/2024 | Sale | 190.000 | 137.38890 | 26,103.89 |
| 6/10/2024 | Sale | 630.000 | 148.51087 | 93,561.85 |
| 6/28/2024 | Sale | 18,517.000 | 148.02588 | 2,740,995.30 |
| 6/28/2024 | Sale | 400.000 | 148.02588 | 59,210.35 |
| 6/28/2024 | Sale | 30.000 | 148.02588 | 4,440.78 |
| 11/19/2024 | Sale | 20.000 | 155.98050 | 3,119.61 |

Shares retained   469,388.00