IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| CITY OF RIVIERA BEACH POLICE PENSION FUND, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>TARGET CORPORATION, BRIAN C. CORNELL, DAVID P. ABNEY, DOUGLAS M. BAKER, JR., GEORGE S. BARRETT, GAIL K. BOUDREAUX, ROBERT L. EDWARDS, MELANIE L. HEALEY, DONALD R. KNAUSS, CHRISTINE A. LEAHY, MONICA C. LOZANO, GRACE PUMA, DERICA W. RICE, and DIMITRI L. STOCKTON,<br><br>*Defendants*. | No.: 2:25-cv-00085-JLB-KCD<br><br>**DECLARATION OF CAITLIN M. MOYNA IN SUPPORT OF OHIO STRS'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>CLASS ACTION |

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| STATE BOARD OF ADMINISTRATION OF FLORIDA,<br><br>*Plaintiff*,<br><br>v.<br><br>TARGET CORPORATION, BRIAN C. CORNELL, DAVID P. ABNEY, DOUGLAS M. BAKER, JR., GEORGE S. BARRETT, GAIL K. BOUDREAUX, ROBERT L. EDWARDS, MELANIE L. HEALEY, DONALD R. KNAUSS, CHRISTINE A. LEAHY, MONICA C. LOZANO, GRACE PUMA, DERICA W. RICE, and DIMITRI L. STOCKTON,<br><br>*Defendants*. | No.: 2:25-cv-00135-JLB-KCD<br><br><u>CLASS ACTION</u> |

I, Caitlin M. Moyna, under penalty of perjury and on oath, duly declare and state as follows:

1. I am a partner of the law firm Grant & Eisenhofer P.A., 485 Lexington Avenue, New York, N.Y. 10017, counsel for State Teachers Retirement System of Ohio ("Ohio STRS").

2. I submit this declaration in support of Ohio STRS's motion, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), for an order (i) consolidating the above-captioned related securities class actions ("Related Actions"); (ii) appointing Ohio STRS as lead plaintiff; and (iii) approving Ohio STRS's selection of Grant & Eisenhofer P.A. as lead counsel for the class.

3. Attached as Exhibit A is a true and correct copy of a certification on behalf of Ohio STRS, attaching a schedule of Ohio STRS's transactions in Target common stock during the Class Period in the Related Actions before this Court, i.e., March 9, 2022 and November 19, 2024, inclusive.

4. Attached as Exhibit B is a true and correct copy of a chart showing Ohio STRS's losses in the transactions of Target common stock during the Class Period.

5. Attached as Exhibit C is a true and correct copy of a notice caused to be published by the law firm that filed the first-filed complaint in the above-captioned action.

6. Attached as Exhibit D is a resume of the background and prior cases of Grant & Eisenhofer P.A.

2

Signed and dated this 1st day of April, 2025 at New York, New York.

By:   /s/ *Caitlin M. Moyna*
         Caitlin M. Moyna

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2025, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

By:   /s/ *Caitlin M. Moyna*
        Caitlin M. Moyna