# EXHIBIT B



**Target Corp.**
**March 9, 2022 through November 19, 2024**
**State Teachers Retirement System of Ohio**

| Loss Summary: | Shares | Avg Price | Value | Losses by section |
|---|---|---|---|---|
| Section I: Opening Position | 268,544 | | | |
| Section I: Sales Ignored | 27,224 | $211.00 | $5,744,311 | |
| Section II Purchases: Purchased and Sold in the Period | 126,814 | $150.06 | $19,029,297 | |
| Section II Sales: Purchased and Sold in the Period | 126,814 | $149.23 | $18,924,224 | ($105,074) |
| Section III Purchases: Purchased in and Sold After the Period | 3,831 | $156.53 | $599,667 | |
| Section III Sales: Purchased in and Sold After the Period | 3,831 | $126.70 | $485,402 | ($114,266) |
| Section IV Purchases: Purchased and Held | 231,252 | $148.02 | $34,228,813 | ($3,297,822) |
| 90-Day Average Lookback Price | | $133.7545 | | |
| **Total LIFO Losses** | | | | **($3,517,161)** |



**Target Corp.**
**March 9, 2022 through November 19, 2024**
**State Teachers Retirement System of Ohio**

Lookback Range: 11/20/24 - 2/17/25

| | ----------Purchases---------- | | | | ----------Sales---------- | | | (Loss) on Shares Held | (Loss) on Holdings @ $133.7545 | Total (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares | Price | Total | Trade Date | Shares | Price | Total | | | |

**I. Share Sales Matched Against Pre-Class Period Holdings**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Open position | 268,544 | | | 03/17/22 | 4,527 | $218.00 | $986,870 |
| | | | | 03/18/22 | 2,833 | $226.05 | $640,400 |
| | | | | 03/18/22 | 82 | $226.05 | $18,536 |
| | | | | 03/18/22 | 2,188 | $226.05 | $494,597 |
| | | | | 03/24/22 | 14,305 | $217.46 | $3,110,722 |
| | | | | 05/24/22 | 3,289 | $149.95 | $493,186 |
| **Subtotal (I)** | **268,544** | | **$0** | | **27,224** | | **$5,744,311** |

**II. Shares Purchased and Sold Within Class Period (LIFO Basis)**

*Formula:* (sales price - purchase price) x shares sold

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 06/17/22 | 56,513 | $140.29 | $7,928,113 | 06/17/22 | 1,237 | $139.30 | $172,314 |
| 10/24/22 | 3,534 | $160.24 | $566,278 | 06/21/22 | 3,665 | $141.66 | $519,194 |
| 11/18/22 | 700 | $162.48 | $113,739 | 06/21/22 | 3,266 | $143.37 | $468,246 |
| 11/22/22 | 2,484 | $156.25 | $388,123 | 06/24/22 | 1,841 | $150.42 | $276,923 |
| 11/22/22 | 15,774 | $156.25 | $2,464,673 | 06/24/22 | 269 | $150.42 | $40,463 |
| 11/22/22 | 1,953 | $156.25 | $305,154 | 06/27/22 | 1,638 | $150.68 | $246,814 |
| 11/22/22 | 9,279 | $156.25 | $1,449,835 | 09/01/22 | 44,597 | $164.84 | $7,351,369 |
| 11/22/22 | 510 | $156.25 | $79,687 | 10/28/22 | 3,534 | $167.52 | $592,016 |
| 12/16/22 | 22 | $146.45 | $3,222 | 12/01/22 | 2,484 | $165.03 | $409,935 |
| 12/16/22 | 681 | $146.45 | $99,732 | 05/31/23 | 1,189 | $130.93 | $155,676 |
| 03/01/23 | 25,000 | $162.46 | $4,061,533 | 06/07/23 | 22,500 | $131.47 | $2,958,077 |
| 03/17/23 | 16 | $159.36 | $2,550 | 06/07/23 | 7,500 | $131.49 | $986,190 |
| 03/17/23 | 360 | $159.36 | $57,370 | 06/23/23 | 24 | $131.83 | $3,164 |
| 09/15/23 | 17 | $123.05 | $2,092 | 06/23/23 | 4,753 | $131.83 | $626,588 |
| 09/15/23 | 178 | $123.05 | $21,903 | 06/29/23 | 1,505 | $132.91 | $200,030 |
| 12/15/23 | 25 | $138.37 | $3,459 | 06/30/23 | 1,200 | $131.90 | $158,280 |
| 12/15/23 | 461 | $138.37 | $63,789 | 06/30/23 | 300 | $131.90 | $39,570 |
| 03/15/24 | 2 | $164.22 | $328 | 07/27/23 | 1,445 | $134.50 | $194,353 |
| 03/15/24 | 15 | $164.22 | $2,463 | 07/31/23 | 1,437 | $136.47 | $196,107 |
| 03/15/24 | 285 | $164.22 | $46,803 | 11/29/23 | 2,148 | $131.32 | $282,075 |
| 06/27/24 | 4,084 | $146.64 | $598,886 | 12/28/23 | 3,445 | $142.54 | $491,050 |
| 09/19/24 | 4,517 | $156.53 | $707,047 | 01/30/24 | 2,457 | $140.52 | $345,258 |
| 09/20/24 | 71 | $154.75 | $10,987 | 02/26/24 | 1,285 | $150.15 | $192,943 |
| 09/20/24 | 15 | $154.75 | $2,321 | 02/27/24 | 1,289 | $151.99 | $195,915 |
| 09/20/24 | 318 | $154.75 | $49,211 | 02/28/24 | 1,289 | $151.44 | $195,206 |
| | | | | 03/21/24 | 880 | $170.17 | $149,750 |
| | | | | 03/27/24 | 632 | $174.67 | $110,391 |

Case 2:25-cv-00085-JLB-KCD    Document 43-2    Filed 04/01/25    Page 4 of 4 PageID 201



**Target Corp.**
**March 9, 2022 through November 19, 2024**
**State Teachers Retirement System of Ohio**

Lookback Range:   11/20/24 - 2/17/25

| ----------Purchases---------- | | | | ----------Sales---------- | | | | (Loss) on Shares Held | (Loss) on Holdings @ $133.7545 | Total (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares | Price | Total | Trade Date | Shares | Price | Total | | | |
| | | | | 06/28/24 | 2 | $148.04 | $296 | | | |
| | | | | 06/28/24 | 14 | $148.04 | $2,073 | | | |
| | | | | 06/28/24 | 2,917 | $148.04 | $431,833 | | | |
| | | | | 08/28/24 | 1,151 | $156.86 | $180,546 | | | |
| | | | | 09/26/24 | 1,134 | $155.98 | $176,881 | | | |
| | | | | 10/30/24 | 2,263 | $148.52 | $336,101 | | | |
| | | | | 11/18/24 | 420 | $156.56 | $65,755 | | | |
| | | | | 11/18/24 | 1,104 | $156.56 | $172,842 | | | |
| **Subtotal (II)** | **126,814** | | **$19,029,297** | | **126,814** | | **$18,924,224** | | | **($105,074)** |

**III. Shares Purchased During Class Period and Sold After End of Class Period (LIFO Basis)**
*Formula:* (sales price - purchase price) x shares sold

| Trade Date | Shares | Price | Total | Trade Date | Shares | Price | Total | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/19/24 | 3,831 | $156.53 | $599,667 | 11/21/24 | 1,094 | $121.66 | $133,096 | | | |
| | | | | 11/25/24 | 406 | $130.53 | $52,995 | | | |
| | | | | 11/25/24 | 1,086 | $130.53 | $141,756 | | | |
| | | | | 11/26/24 | 161 | $126.55 | $20,375 | | | |
| | | | | 11/26/24 | 1,084 | $126.55 | $137,180 | | | |
| **Subtotal (III)** | **3,831** | | **$599,667** | | **3,831** | | **$485,402** | | | **($114,266)** |

**IV. Shares Purchased During Class Period and Still Held (LIFO Basis)**
*Formula:* (PSLRA "lookback period" average closing price - purchase price) x shares held

| Trade Date | Shares | Price | Total | | | | | (Loss) on Shares Held | (Loss) on Holdings | Total (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/17/22 | 3,487 | $140.29 | $489,185 | | | | | ($6.53) | ($22,783.42) | |
| 09/16/22 | 23 | $164.09 | $3,774 | | | | | ($30.34) | ($697.72) | |
| 09/16/22 | 206 | $164.09 | $33,803 | | | | | ($30.34) | ($6,249.12) | |
| 09/21/22 | 20,000 | $162.60 | $3,252,038 | | | | | ($28.85) | ($576,948.34) | |
| 10/24/22 | 6,466 | $160.24 | $1,036,094 | | | | | ($26.48) | ($171,237.25) | |
| 11/18/22 | 34,300 | $162.48 | $5,573,198 | | | | | ($28.73) | ($985,419.01) | |
| 05/22/24 | 140,000 | $142.23 | $19,912,578 | | | | | ($8.48) | ($1,186,950.41) | |
| 06/27/24 | 14,000 | $146.22 | $2,047,080 | | | | | ($12.47) | ($174,517.24) | |
| 06/27/24 | 11,916 | $146.64 | $1,747,387 | | | | | ($12.89) | ($153,568.85) | |
| 09/19/24 | 854 | $156.53 | $133,677 | | | | | ($22.78) | ($19,450.46) | |
| **Subtotal (IV)** | **231,252** | **$148.02** | **$34,228,813** | | | | | | **($3,297,821.82)** | **($3,297,822)** |
| **TOTAL (II - IV) LIFO Losses** | | | | | | | | | | **($3,517,161)** |