**The State Teachers Retirement System of Ohio**
**Proxy Voting Record**
**January 1 - June 30, 2023**

| Company Name | Meeting Date | Meeting Type | Management or Shareholder Proposal | Ballot/Item Number | Proposal Code Category | Management Recommendation | Vote Cast | Shares Voted |
|---|---|---|---|---|---|---|---|---|
| Tamron Co., Ltd. | 29-Mar-23 | Annual | Management | 2.8 | Director Election | For | For | 1,200 |
| Tamron Co., Ltd. | 29-Mar-23 | Annual | Management | 2.9 | Director Election | For | For | 1,200 |
| Tamron Co., Ltd. | 29-Mar-23 | Annual | Management | 3.1 | Director Related | For | For | 1,200 |
| Tamron Co., Ltd. | 29-Mar-23 | Annual | Management | 3.2 | Director Related | For | Against | 1,200 |
| Tamron Co., Ltd. | 29-Mar-23 | Annual | Management | 3.3 | Director Related | For | For | 1,200 |
| Tamron Co., Ltd. | 29-Mar-23 | Annual | Management | 3.4 | Director Related | For | Against | 1,200 |
| Tanger Factory Outlet Centers, Inc. | 19-May-23 | Annual | Management | 1.1 | Director Election | For | For | 146,257 |
| Tanger Factory Outlet Centers, Inc. | 19-May-23 | Annual | Management | 1.2 | Director Election | For | For | 146,257 |
| Tanger Factory Outlet Centers, Inc. | 19-May-23 | Annual | Management | 1.3 | Director Election | For | Against | 146,257 |
| Tanger Factory Outlet Centers, Inc. | 19-May-23 | Annual | Management | 1.4 | Director Election | For | For | 146,257 |
| Tanger Factory Outlet Centers, Inc. | 19-May-23 | Annual | Management | 1.5 | Director Election | For | For | 146,257 |
| Tanger Factory Outlet Centers, Inc. | 19-May-23 | Annual | Management | 1.6 | Director Election | For | For | 146,257 |
| Tanger Factory Outlet Centers, Inc. | 19-May-23 | Annual | Management | 1.7 | Director Election | For | For | 146,257 |
| Tanger Factory Outlet Centers, Inc. | 19-May-23 | Annual | Management | 1.8 | Director Election | For | Against | 146,257 |
| Tanger Factory Outlet Centers, Inc. | 19-May-23 | Annual | Management | 1.9 | Director Election | For | For | 146,257 |
| Tanger Factory Outlet Centers, Inc. | 19-May-23 | Annual | Management | 2 | Audit Related | For | For | 146,257 |
| Tanger Factory Outlet Centers, Inc. | 19-May-23 | Annual | Management | 3 | Compensation | For | Against | 146,257 |
| Tanger Factory Outlet Centers, Inc. | 19-May-23 | Annual | Management | 4 | Compensation | For | For | 146,257 |
| Tanger Factory Outlet Centers, Inc. | 19-May-23 | Annual | Management | 5 | Compensation | One Year | One Year | 146,257 |
| Tango Therapeutics, Inc. | 06-Jun-23 | Annual | Management | 1.1 | Director Election | For | Withhold | 10,900 |
| Tango Therapeutics, Inc. | 06-Jun-23 | Annual | Management | 1.2 | Director Election | For | Withhold | 10,900 |
| Tango Therapeutics, Inc. | 06-Jun-23 | Annual | Management | 2 | Audit Related | For | For | 10,900 |
| Targa Resources Corp. | 23-May-23 | Annual | Management | 1.1 | Director Election | For | Against | 331,000 |
| Targa Resources Corp. | 23-May-23 | Annual | Management | 1.2 | Director Election | For | Against | 331,000 |
| Targa Resources Corp. | 23-May-23 | Annual | Management | 1.3 | Director Election | For | Against | 331,000 |
| Targa Resources Corp. | 23-May-23 | Annual | Management | 2 | Audit Related | For | For | 331,000 |
| Targa Resources Corp. | 23-May-23 | Annual | Management | 3 | Compensation | For | For | 331,000 |
| Targa Resources Corp. | 23-May-23 | Annual | Management | 4 | Compensation | One Year | One Year | 331,000 |
| Targa Resources Corp. | 23-May-23 | Annual | Shareholder | 5 | Environmental | Against | Against | 331,000 |
| Target Corporation | 14-Jun-23 | Annual | Management | 2 | Audit Related | For | For | 360,097 |
| Target Corporation | 14-Jun-23 | Annual | Management | 3 | Compensation | For | For | 360,097 |
| Target Corporation | 14-Jun-23 | Annual | Management | 4 | Compensation | One Year | One Year | 360,097 |
| Target Corporation | 14-Jun-23 | Annual | Shareholder | 5 | Director Related | Against | For | 360,097 |
| Target Corporation | 14-Jun-23 | Annual | Management | 1a | Director Election | For | For | 360,097 |
| Target Corporation | 14-Jun-23 | Annual | Management | 1b | Director Election | For | For | 360,097 |
| Target Corporation | 14-Jun-23 | Annual | Management | 1c | Director Election | For | For | 360,097 |
| Target Corporation | 14-Jun-23 | Annual | Management | 1d | Director Election | For | For | 360,097 |
| Target Corporation | 14-Jun-23 | Annual | Management | 1e | Director Election | For | For | 360,097 |
| Target Corporation | 14-Jun-23 | Annual | Management | 1f | Director Election | For | For | 360,097 |
| Target Corporation | 14-Jun-23 | Annual | Management | 1g | Director Election | For | For | 360,097 |
| Target Corporation | 14-Jun-23 | Annual | Management | 1h | Director Election | For | For | 360,097 |
| Target Corporation | 14-Jun-23 | Annual | Management | 1i | Director Election | For | For | 360,097 |
| Target Corporation | 14-Jun-23 | Annual | Management | 1j | Director Election | For | For | 360,097 |
| Target Corporation | 14-Jun-23 | Annual | Management | 1k | Director Election | For | For | 360,097 |
| Target Corporation | 14-Jun-23 | Annual | Management | 1l | Director Election | For | For | 360,097 |
| Target Hospitality Corp. | 18-May-23 | Annual | Management | 1.1 | Director Election | For | For | 16,300 |
| Target Hospitality Corp. | 18-May-23 | Annual | Management | 1.2 | Director Election | For | For | 16,300 |
| Target Hospitality Corp. | 18-May-23 | Annual | Management | 1.3 | Director Election | For | For | 16,300 |
| Target Hospitality Corp. | 18-May-23 | Annual | Management | 1.4 | Director Election | For | For | 16,300 |
| Target Hospitality Corp. | 18-May-23 | Annual | Management | 1.5 | Director Election | For | For | 16,300 |
| Target Hospitality Corp. | 18-May-23 | Annual | Management | 1.6 | Director Election | For | For | 16,300 |
| Target Hospitality Corp. | 18-May-23 | Annual | Management | 1.7 | Director Election | For | For | 16,300 |
| Target Hospitality Corp. | 18-May-23 | Annual | Management | 1.8 | Director Election | For | For | 16,300 |
| Target Hospitality Corp. | 18-May-23 | Annual | Management | 2 | Audit Related | For | For | 16,300 |
| Tarsus Pharmaceuticals, Inc. | 22-Jun-23 | Annual | Management | 1.1 | Director Election | For | Withhold | 3,800 |
| Tarsus Pharmaceuticals, Inc. | 22-Jun-23 | Annual | Management | 1.2 | Director Election | For | Withhold | 3,800 |
| Tarsus Pharmaceuticals, Inc. | 22-Jun-23 | Annual | Management | 1.3 | Director Election | For | Withhold | 3,800 |
| Tarsus Pharmaceuticals, Inc. | 22-Jun-23 | Annual | Management | 2 | Audit Related | For | For | 3,800 |
| Tata Consultancy Services Limited | 12-Feb-23 | Special | Management | 1 | Director Election | For | For | 56,790 |
| Tata Consultancy Services Limited | 12-Feb-23 | Special | Management | 1 | Director Election | For | For | 3,670 |
| Tata Consultancy Services Limited | 29-Jun-23 | Annual | Management | 1 | Routine Business | For | For | 177,864 |
| Tata Consultancy Services Limited | 29-Jun-23 | Annual | Management | 2 | Routine Business | For | For | 177,864 |
| Tata Consultancy Services Limited | 29-Jun-23 | Annual | Management | 3 | Director Election | For | For | 177,864 |
| Tata Consultancy Services Limited | 29-Jun-23 | Annual | Management | 4 | Director Election | For | For | 177,864 |
| Tata Consultancy Services Limited | 29-Jun-23 | Annual | Management | 5 | Compensation | For | For | 177,864 |
| Tata Consultancy Services Limited | 29-Jun-23 | Annual | Management | 6 | Non-Routine Business | For | Against | 177,864 |
| Tata Consultancy Services Limited | 29-Jun-23 | Annual | Management | 1 | Routine Business | For | For | 54,479 |
| Tata Consultancy Services Limited | 29-Jun-23 | Annual | Management | 2 | Routine Business | For | For | 54,479 |
| Tata Consultancy Services Limited | 29-Jun-23 | Annual | Management | 3 | Director Election | For | For | 54,479 |
| Tata Consultancy Services Limited | 29-Jun-23 | Annual | Management | 4 | Director Election | For | For | 54,479 |
| Tata Consultancy Services Limited | 29-Jun-23 | Annual | Management | 5 | Compensation | For | For | 54,479 |
| Tata Consultancy Services Limited | 29-Jun-23 | Annual | Management | 6 | Non-Routine Business | For | Against | 54,479 |
| Tata Consultancy Services Limited | 29-Jun-23 | Annual | Management | 1 | Routine Business | For | For | 4,020 |
| Tata Consultancy Services Limited | 29-Jun-23 | Annual | Management | 2 | Routine Business | For | For | 4,020 |
| Tata Consultancy Services Limited | 29-Jun-23 | Annual | Management | 3 | Director Election | For | For | 4,020 |
| Tata Consultancy Services Limited | 29-Jun-23 | Annual | Management | 4 | Director Election | For | For | 4,020 |
| Tata Consultancy Services Limited | 29-Jun-23 | Annual | Management | 5 | Compensation | For | For | 4,020 |
| Tata Consultancy Services Limited | 29-Jun-23 | Annual | Management | 6 | Non-Routine Business | For | Against | 4,020 |
| Tata Steel Limited | 31-Jan-23 | Special | Management | 1 | Compensation | For | For | 2,732,440 |
| Tata Steel Limited | 31-Jan-23 | Special | Management | 2 | Director Election | For | For | 2,732,440 |
| Tata Steel Limited | 31-Jan-23 | Special | Management | 3 | Non-Routine Business | For | For | 2,732,440 |
| Tata Steel Limited | 31-Jan-23 | Special | Management | 1 | Compensation | For | For | 3,412,880 |
| Tata Steel Limited | 31-Jan-23 | Special | Management | 2 | Director Election | For | For | 3,412,880 |
| Tata Steel Limited | 31-Jan-23 | Special | Management | 3 | Non-Routine Business | For | For | 3,412,880 |
| Tata Steel Limited | 29-May-23 | Special | Management | 1 | Non-Routine Business | For | For | 563,474 |