IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Case No. 2:25-cv-85-JLB-KCD

CITY OF RIVIERA BEACH POLICE PENSION FUND,

*Plaintiff*,

v.

TARGET CORPORATION, *et al.*,

*Defendants.*

## MOTION TO WITHDRAW ANDREW SMITH AS COUNSEL

The State Board of Administration of Florida's counsel Andrew W. Smith respectfully moves to withdraw as counsel in this case because he will be leaving his employment with Boyden Gray PLLC. Plaintiff will continue to be represented by Jonathan Berry of Boyden Gray PLLC, by Andrew J. Block of America First Legal Foundation, by Jason B. Gonzalez, Paul C. Huck, Jr., and Samuel J. Salario of Lawson Huck Gonzalez, PLLC, and by James Uthmeier, the Attorney General of Florida.

June 12, 2025                                             Respectfully submitted,

JAMES UTHMEIER (FBN: 113156)           /s/ ANDREW W. SMITH
Attorney General                                      JONATHAN BERRY (*pro hac vice*)
State of Florida                                          ANDREW W. SMITH (*pro hac vice*)
Office of the Attorney General                 Boyden Gray PLLC
The Capitol, Pl-01                                     800 Connecticut Avenue NW
Tallahassee, Florida 32399-1050              Washington, DC 20006
(850) 414-330                                           (202) 955-0620

| | |
|---|---|
| JASON B. GONZALEZ (FBN: 146854)<br>PAUL C. HUCK, JR. (FBN: 968358)<br>SAMUEL J. SALARIO, JR. (FBN: 083460)<br>Lawson Huck Gonzalez, PLLC<br>215 S. Monroe Street, Suite 320<br>Tallahassee, FL 32301<br>(850) 825-4334<br>jason@lawsonhuckgonzalez.com | ANDREW J. BLOCK (*pro hac vice*)<br>America First Legal Foundation<br>611 Pennsylvania Avenue S.E.<br>No. 231<br>Washington, D.C. 20003<br>(202) 964-3721<br>andrew.block@aflegal.org |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of this Court using the CM/ECF system, which will serve all parties automatically.

June 12, 2025                               */s/Andrew W. Smith*
                                            Andrew W. Smith

## LOCAL RULE 2.02(c)(1)(B) CERTIFICATION

I certify that Plaintiffs consent to this withdrawal.

June 12, 2025                               */s/Andrew W. Smith*
                                            Andrew W. Smith

## LOCAL RULE 3.01(g) CERTIFICATION

I certify that, on June 11, 2025, I conferred with Defendants' counsel to discuss this motion. Defendants stated that they do not oppose this relief.

June 12, 2025                               */s/Andrew W. Smith*
                                            Andrew W. Smith