**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | |
|---|---|
| BRIAN CRAIG, et al.,<br><br>*Plaintiffs*,<br>v.<br><br>TARGET CORPORATION, et al.,<br><br>*Defendants*. | Case No. 2:23-cv-00599-JLB-KCD<br>Judge John L. Badalamenti<br>Magistrate Judge Kyle C. Dudek |
| CITY OF RIVIERA BEACH POLICE PENSION FUND, individually and on behalf all others similarly situated,<br><br>*Plaintiff*,<br>v.<br><br>TARGET CORPORATION, et al.,<br><br>*Defendants*. | Case No. 2:25-cv-00085-JLB-KCD<br>Judge John L. Badalamenti<br>Magistrate Judge Kyle C. Dudek |
| STATE BOARD OF ADMINISTRATION OF FLORIDA, individually and on behalf all others similarly situated,<br><br>*Plaintiff*,<br>v.<br><br>TARGET CORPORATION, et al.,<br><br>*Defendants*. | Case No. 2:25-cv-00135-JLB-KCD<br>Judge John L. Badalamenti<br>Magistrate Judge Kyle C. Dudek |

**NOTICE OF RELATED ACTIONS**

I certify that the above-captioned securities cases are factually related to the following derivative cases:

- *McCollum v. Target Corp., et al.*, Case No. 2:25-cv-00021-JLB-KCD (M.D. Fla.) (filed January 9, 2025).

- *Kaur v. Cornell, et al.*, Case No. 2:25-cv-00043-JLB-KCD (M.D. Fla.) (filed January 17, 2025).

- *Murphy v. Cornell, et al.*, Case No. 2:25-cv-00062-JLB-KCD (M.D. Fla.) (filed January 24, 2025).

Dated: June 13, 2025

Respectfully submitted,

/s/ Sandra C. Goldstein

Traci T. McKee
**FAEGRE DRINKER BIDDLE &
REATH LLP**
  *Lead Counsel for Defendants in State
  Board of Administration of Florida*
1500 Jackson Street, Suite 201
Fort Myers, Florida 33901
Telephone:  (239) 286-6910
traci.mckee@faegredrinker.com

Jeffrey P. Justman (*pro hac vice*)
**FAEGRE DRINKER BIDDLE &
REATH LLP**
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, Minnesota 55402
Telephone:  (612) 766-7000
jeff.justman@faegredrinker.com

Sandra Grannum (*pro hac vice*)
**FAEGRE DRINKER BIDDLE &
REATH LLP**
600 Campus Drive
Florham Park, NJ 07932
Telephone:  (973) 549-7000
sandra.grannum@faegredrinker.com

*Counsel for Defendants*

Sandra C. Goldstein, P.C. (*pro hac vice*)
  *Lead Counsel for Defendants in Craig and
  City of Riviera*
Alexander J. Rodney (*pro hac vice*)
Jacob M. Rae (*pro hac vice*)
Ashley P. Grolig (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone:  (212) 446-4779
sandra.goldstein@kirkland.com
alexander.rodney@kirkland.com
jacob.rae@kirkland.com
ashley.grolig@kirkland.com

3

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 13, 2025, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system, which provided electronic

service upon all counsel of record.

/s/ Sandra C. Goldstein

Sandra C. Goldstein, P.C. (*pro hac vice*)
  *Lead Counsel for Defendants in Craig and
  City of Riviera*
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 1022
Tel: 212-446-4800
Fax: 212-446-4900
sandra.goldstein@kirkland.com

***Counsel for Defendants***
